FLORA ULLMANN, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that the evidence is insufficient to show

negligence on the part of the defendant. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.